FILED

2022 JAN 24 PM 8: 25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Carmine bynes
_____
Plaintiff

vs.   Case Number: 5:22 cv-32-JA PRL

mike homeless with baby cart behind at park at semoahlo feal
_____
Defendant

mike drug dealer and child porn with steve at warehouse of interfaith
_____
(Title of Document)

dale that is a devil place that dealt with museum there using it as a slay place and never open to public it's a kill place ropes with mayor that is a killer that murdered his family there is a shed where they put bodys at near nw 4th st and magnolia exchange museum. we would like to sue to use money for good use thank you for my request. that also james that be near them is a canabal eat that ate his clerk court mom named kay it must be his mom i don't know but he said he used to work for a company called jb hunt don't know what they transport probably people or dead people in fridges of trian boxes something happened he was in gdorn at jail with me he lied about messing around with via prophecy and matt riggins murdered over a 100 read on court case with ford there devil eats that ate parents also dated country fat kid trouble make and a girl named amber poland bad girl that ate her parents 2 little black cubon mental friends with cannibal black jay gang ant william taylor or tony taylor

has 50 million dollars at wells fargo keep planting kill crimes and shooting crimes said he is part of a klan society he is very disrespectful and doesn't help others he said he can never get arrested has racist black kill crime sherriffs working for him and keep saying he wants to get broke he is some kind of bone eat plane that murdered his family plus is gay with moody and hogjaw nickname but don't know there real names please take in request thank you there insaning people saw people, they have a saw society and friends of dale that are bad black dude behind park

Carmine byrnes
Name

108 N Pine ave
Street Address

Ocala fl 34475
City, State, Zip Code

_____
Telephone Number